| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:11-CR-88(11) |
| | § | |
| ESTELL DOUGLAS HOBBS, Jr. | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

On December 5, 2012, the United States magistrate judge filed his report recommending that the Court deny Terry L. Hobbs' petition in interest (Doc. No. 381). This report was based on Terry L. Hobbs' failure to appear at the hearing, her verbal representation to the court that she intends to "withdraw" her petition, and the Government's brief evidentiary showing that supports forfeiture of the vehicle pursuant to 21 U.S.C. § 853. Neither party has filed objections to the report and recommendation. Accordingly, it is **ORDERED** that Terry L. Hobbs' petition in interest is **DENIED**.

SIGNED at Beaumont, Texas, this 11th day of January, 2013.

_Marcia A. Crone_
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE